STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ILHAM HOSSEINI (CABN 256274)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7196
    Fax: (415) 436-7234
    ilham.hosseini@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLAUDIO ALFREDO MACIEL, <br><br> Defendant. | CASE NO. CR-15-416-WHA <br> CASE NO. CR-22-42-VC <br><br> [JOINT ~~PROPOSED~~] DETENTION ORDER |

    On February 2, 2022, Defendant, CLAUDIO ALFREDO MACIEL, was charged by indictment with being a felon in possession of a firearm and ammunition, in violation of Title 18 U.S.C. § 922(g)(1) (Case no. CR-22-42-VC).  Additionally, on December 23, 2021, the Probation Office submitted a Form 12 Petition for Warrant for Person Under Supervision, for four violations:  1) condition to not possess a firearm or ammunition on November 21, 2021; 2) condition to not commit another federal or state crime on November 21, 2021; 3) condition to not possess a firearm or ammunition on December 23, 2021; and 4) condition to not commit another federal or state crime on December 23, 2021 (Case no. CR-15-416-WHA).

    This matter came before the Court on February 18, 2022, for a detention hearing on both the Form 12 and the indictment.  The Defendant was present and represented by Edwin Prather, who was appointed.

Assistant United States Attorney Ilham Hosseini appeared for the government. The government moved for detention on the basis of danger to the community and risk of flight. The Defendant waived his right to a hearing and did not seek to overcome his burden under Fed. R. Crim. P. 32.1(a)(6), which governs release or detention in the supervised release context. *See* Fed. R. Crim. P. 32.1(a)(6) ("The burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the person.").

Accordingly, the Court orders that the Defendant must be detained pending resolution of the Form 12 supervised release matter and trial. This finding is made without prejudice to the Defendant's ability to ask for the hearing to be reopened, subject to the requirements of 18 U.S.C. § 3142(f).

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: February 22, 2022

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge